CLEARY GOTTLIEB STEEN & HAMILTON LLP

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.
ASIA
HONG KONG
SEOUL

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 212 225 2609
vhou@cgsh.com

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
LONDON
MILAN
PARIS
ROME

October 14, 2026

VIA ECF-PACER

Hon. Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *State of New York v. U.S. Department of the Interior*, Civil Action No. 1:26-cv-05851**

Dear Judge Kovner:

We represent Bluepoint Wind, LLC ("Bluepoint Wind"), named as an interested party in the above-referenced action. We write to respectfully request that Bluepoint Wind's deadline to respond to Plaintiffs' complaint be extended to coincide with that of Federal Defendants (as defined below), which is currently December 4, 2026. This is Bluepoint Wind's first request for extension, and Plaintiffs have consented to the relief requested herein.

On September 22, 2026, Plaintiffs sued the U.S. Department of the Interior, the Bureau of Ocean Energy Management, the U.S. Department of Justice, and Todd Blanche, Stanley Woodward, Douglas Burgum, and Matthew Giacona in their official capacities ("Federal Defendants"). Plaintiffs assert no claims against Bluepoint Wind; the complaint names Bluepoint Wind solely as an interested party.

Pursuant to Fed. R. Civ. P. 4(d), Federal Defendants waived formal service, extending their response deadline to December 4, 2026. Bluepoint Wind's response, if any, is due on October 16, 2026, pursuant to Fed. R. Civ. P. 12. Aligning Bluepoint Wind's response to that of Federal Defendants—whether December 4, 2026, or any later deadline that Federal Defendants and Plaintiffs agree to—would promote efficiency and allow the parties' responses to proceed on a single, coordinated schedule.

We thank the Court for its attention to this matter.

Respectfully,

*/s/ Victor L. Hou*

Victor L. Hou (Bar No. 2904670)
(vhou@cgsh.com)
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2609
F: 212-225-3999

*Counsel for Bluepoint Wind, LLC*

CC:
Nowell Bamberger
Breon S. Peace
All counsel of record (via ECF)